# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2021

Bridget M. McCormack,
Chief Justice

161092(53)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEANDRE TERREL AUSTIN,
      Defendant-Appellant.

_____/

SC: 161092
COA: 344703
Wayne CC: 17-010362-FC

      On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before March 29, 2021.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2021



Clerk